UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Kanesha Abraham v. Bayer Corporation et al.*   No. 10-cv-11229-DRH

*Robyn Wiltz v. Bayer Corporation et al.*   No. 10-cv-11259-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order filed on December 22, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY: /s/*Caitlin Fischer*
   **Deputy Clerk**

Digitally signed by Judge David R. Herndon
Date: 2015.12.22 12:41:52 -06'00'

APPROVED:
   DISTRICT JUDGE
   U. S. DISTRICT COURT